1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEVEN ADAMS,

11            Petitioner,                 No. CIV S-08-0688 LKK GGH P

12        vs.

13   D.K. SISTO, et al.,

14            Respondents.               ORDER

15   _____/

16            Petitioner is a state prisoner proceeding through counsel with a petition for writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  On March 16, 2009, the Honorable Lawrence K.

18   Karlton denied respondent's request to stay this action pending the Ninth Circuit's decision in

19   Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted*, ___ F.3d ___, No.

20   06-55393 (9th Cir. filed May 16, 2008).

21            Accordingly, IT IS HEREBY ORDERED that:

22            1.  Respondents are directed to file a response to petitioner's habeas petition

23   within sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An

24   answer shall be accompanied by all transcripts and other documents relevant to the issues

25   presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

26   \\\\\

                                          1

2.  If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

3.  If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

4.  The Clerk of the Court shall serve a copy of this order, *the consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this court* together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell,  Senior Assistant Attorney General.

DATED: March 18, 2009

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

ad688.100